APR 1 2026 AM 11:18
FILED - USDC - FLMD - TPA

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

Welselly Santana

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

The Roosevelt Family Trust Fund

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 8:26-CV-928-WFJ-AEP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

####    A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Welselly Santana |
| Street Address | 2000 East 12Th Ave |
| City and County | Tampa Hillsborough |
| State and Zip Code | FL 33675 |
| Telephone Number | |
| E-mail Address | welsellysantana1008@proton.me |

Page 1 of 7

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | Unknown |
| Job or Title *(if known)* | The Roosevelt Family Trust Fund Manager and/or Trustee |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |
| E-mail Address *(if known)* |  |

Defendant No. 2

|  |  |
|---|---|
| Name |  |
| Job or Title *(if known)* |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |
| E-mail Address *(if known)* |  |

Defendant No. 3

|  |  |
|---|---|
| Name |  |
| Job or Title *(if known)* |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |
| E-mail Address *(if known)* |  |

Defendant No. 4

|  |  |
|---|---|
| Name |  |
| Job or Title *(if known)* |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal statutory violations regarding family trust funds typically involve embezzlement, tax fraud, or money laundering, triggering criminal charges under federal law. Common breaches include the illegal taking of funds (18 U.S.C. § 664), tax evasion (26 U.S.C. § 7201), and failure to disclose income. Penalties include federal imprisonment, restitution of stolen assets, and removal of the trustee.
• Embezzlement and Misappropriation: Utilizing trust assets for personal gain or using them inconsistently with the trust document.
• Breach of Fiduciary Duty: A trustee's failure to act in the best interest of beneficiaries, such as failing to properly manage assets or neglecting to make required distributions.
• Failure to Account: Trustees are required to provide beneficiaries with a formal accounting of trust assets and transactions.
• Conflict of Interest: The trustee acts in their own interest rather than the beneficiary's interest. I HAVE NEVER BEEN NOTIFIED OF THE TRUST FUND BY THE CIA MEMBERS OF THE "SAFEHOUSE" AND MY IDENTITY AND MY DAUGHTER'S IDENTITY WAS STOLEN BY BOTH OF THEM.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of

    the State of *(name)* _____ . Or is a citizen of

    *(foreign nation)* _____ .

    b.    If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under

    the laws of the State of *(name)* _____ , and has its

    principal place of business in the State of *(name)* _____ .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE ENTIRE VALUE OF ALL OF THE CORPORATIONS AND ITS SUBSIDIARIES.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

•     Embezzlement and Misappropriation: Utilizing trust assets for personal gain or using them inconsistently with the trust document. (I'M SURE THAT THE ASSETS ARE BEING UTILIZED AS THESE INDIVIDUALS HAVE NO KNOWLEDGE TO BE AT THE TOP OF ANY CORPORATION AND THEY ARE AT THE TOP WITH THE HELP OF THE POLITICIANS. I'M REQUESTING $5 MILLION USD DISTRIBUTION PER CORPORATION.)

•     Breach of Fiduciary Duty: A trustee's failure to act in the best interest of beneficiaries, such as failing to properly manage assets or neglecting to make required distributions. (I HAVE NEVER BEEN NOTIFIED OF MY TRUST FUND, ASSETS, AND MY CORPORATION, LLOYDS OF BROADWAY, WAS STOLEN FROM UNDER ME. I HAVE HAD TO FIGHT THE WORLD TO GET MY BIRTH CERTIFICATE TO RENEW MY PASSPORT AND I HAVE NOTHING AND NO COPY OF MY BIRTH CERTIFICATE. I NEED A COPY OF MY BIRTH CERTIFICATE AND MY NEW PASSPORT WITH MY LEGAL AND RIGHTFUL NAME AS WELSELLY WINDSOR OF FRANCE).

•     Failure to Account: Trustees are required to provide beneficiaries with a formal accounting of trust assets and transactions. (ALL USA BANKS WHICH ARE OWN BY THE CROWN HAVE BEEN STOLEN AND THE ASSETS OF ALL AMERICANS ARE AT RISK.)

•     Conflict of Interest: The trustee acts in their own interest rather than the beneficiary's interest. (ALL FAMILY MEMBERS FOR ALTAGRACIA BIERD AND HECTOR SANTANA WERE ACCOUNTED FOR AND MY DAUGHTER AND MYSELF WERE LEFT HOMELESS).

Consequences of Violations

•     Trustee Removal: A court can suspend or remove a trustee for breach of duty. (PLEASE REMOVE ANY APPOINTED TRUSTEE AT THE MOMENT AND I WANT TO PROCEED WITH A LAWSUIT AND A MEETING AT THE TAMPA CONVENTION CENTER TO BE INTRODUCED TO ALL CORPORATIONS AND ITS MEMBERS.)

•     Financial Penalties: Trustees may be required to pay damages, restore property, or return excessive distributions. (I NEED A HOME OR HOTEL ROOM, ACCESS TO A CREDIT CARD AND FOOD IMMEDIATELY. THE TRUSTEES ARE TO RETURN ANY DISTRIBUTION THAT THEY HAVE BEEN ABLE TO APPROPRIATE OF AS WELL AS ALL KEYS AND CLEARANCE.)

•     Court Intervention: Beneficiaries can sue to compel the trustee to act, freeze assets, or void wrongful actions. (FREEZE ALL OF THEIR ASSETS AROUND THE WORLD AND WORK WITH SWITZERLAND CENTRAL BANK TO TRANSFER MY ASSETS ABROAD.)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Banks

IM ASKING THE COURT FOR FULL CONTROL OF METLIFE CORPORATION AND ITS SUBSIDIARIES AND ACCESS TO ALL BANK ACCOUNTS.  ALSO, THE TRANSFER OF THE HEADQUARTERS TO TAMPA, THE ACQUISITION OF THE TOWERS MENTIONED FOR THE TRANSFER OF HQ AND A MEETING AT THE TAMPA CONVENTION CENTER WITH METLIFE, BOARD MEMBERS, THE BRITISH PARLIAMENT, THE COURT, THE ACQUISITIONS TEAMS AND THE DEVELOPMENT TEAM.

AT THIS MEETING WITH METLIFE IS WERE I SHOULD GET RELIEF AND A NOTIFICATION SHOULD BE LISTED ON THE SYSTEM AS THE POST OFFICE IS ALSO INVOLVED.  OF NOTE, I DO NOT GET ANY MAIL WHATSOEVER AND IM ASKING THE COURT FOR EVERYTHING TO BE RETURN AT THE MEETING THAT SHOULD BE SCHEDULED AT THE TAMPA CONVENTION CENTER SOONER RATHEN THAN LATER.

ALSO, METLIFE SHOULD WORK WITH GEICO AND TESLA TO RECALL ALL CARS AS THEY ARE A KILLING MACHINE.  ELECTRICITY AND RAIN AKA WATER DO NOT MIX AND THIS IS THE CAUSE OF HEART ATTACKS AND KILLING MILLIONS OF AMERICANS.  I WILL HAVE TESLA DISSOLVED AND ALL TESLA TAKEN TO THE JUNKYARD IN NEW YORK CITY.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        4/1/26

Signature of Plaintiff

Printed Name of Plaintiff        Weserlly Santana

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Street Address        _____

State and Zip Code    _____

Telephone Number      _____

E-mail Address        _____